UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                Plaintiff,

-against-

Gary T. Certain

                Defendant.

**DEFAULT JUDGMENT**

CV # : 07-2967#
Claim #: C107-00536
          C107-00537
Judge: Leonard D. Wexler

---

The summons and complaint in this action having been duly served on the above named defendant, and affidavit of service duly filed with the court, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Liberatore J. Iannarone, the attorney for the plaintiff, it is hereby;

ORDERED and Adjudged, that the United States of America, the plaintiff, do recover of Gary T. Certain, the defendant(s) residing at 27 Charter Ave., Dix Hills, NY 11746 **ON THE FIRST CAUSE OF ACTION** the sum of $13,759.78 the amount claimed, plus interest in the sum of $16,693.25 with $25.50 costs and disbursements, amounting in all to the sum of $30,478.53, plus interest at the legal rate in effect on the date of this judgment; **AND ON THE SECOND CAUSE OF ACTION** the sum of $9,524.20 the amount claimed, plus interest in the sum of $9,149.06 with $0.0 costs and disbursements, amounting in all to the sum of $18,673.26 , plus interest at the legal rate in effect on the date of this judgment **COMBINING ALL CAUSES FOR A TOTAL OF** $49,151.79 and that the plaintiff have execution therefore.

Judgment Dated        By: _____
                                        U.S.D.J. or Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,

-against-

Gary T. Certain

                Defendant.

**DEFAULT JUDGMENT**

CV # : 07-2967#
Claim #: C107-00536
          C107-00537
Judge: Leonard D. Wexler

## CERTIFICATE

I, Robert C. Heinemann, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the defendant, Gary T. Certain was served with a copy of the complaint and summons on September 8, 2007.

I further certify that the docket entries indicate that Gary T. Certain has not filed his answer or otherwise moved with respect to the complaint herein. The default of Gary T. Certain , defendant, is hereby noted.

Dated:

Brooklyn, NY

                                      ROBERT C. HEINEMANN
                                      -----------------------------------------------
                                      Clerk

                                      By:_____
                                          Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
     Plaintiff,

  -against-

Gary T. Certain

     Defendant.

---

**DEFAULT JUDGMENT**

CV # : 07-2967#
Claim #: C107-00536
    C107-00537
Judge: Leonard D. Wexler

To: Robert C. Heinemann,
   Clerk of the United States District Court
   Eastern District of New York

Please enter the default of defendant(s) Gary T. Certain pursuant to rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached declaration of Liberatore J. Iannarone.

Dated: Smithtown, NY
    November 19, 2007

By: _____
Liberatore J. Iannarone
Mullen & Iannarone, P.C.
Attorneys for the Plaintiff
300 E. Main St., Ste. #3
Smithtown, NY 11787
Tel. (631)361-7050
Fax (631)361-7354

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                      Plaintiff,

-against-

Gary T. Certain

                      Defendant.

**DEFAULT JUDGMENT**

CV # : 07-2967#
Claim #: C107-00536
          C107-00537
Judge: Leonard D. Wexler

---

Liberatore J. Iannarone, hereby declares as follows:

1. I am an attorney at the law firm of Mullen & Iannarone, P.C., attorneys for the plaintiff, United States of America.

2. This action was commenced to recover a debt due and owing to the plaintiff, United States of America. Defendant(s) Gary T. Certain has been served with the summons and complaint herein as appears from the return of service heretofore filed with the Clerk of this Court.

3. The time within the defendant(s) may answer or otherwise move with respect to the complaint herein has expired; said defendant(s) have/has not answered or otherwise moved with respect to the complaint and the time for defendant(s) to do so has not been extended.

4. Said defendant(s) is/are not an infant or incompetent and is not presently in the military service of the United States.

5. Said defendant(s) is/are indebted to the plaintiff, United States of America in the following amounts:

## ON THE FIRST CAUSE OF ACTION- C107-00536

| | |
|---|---|
| Principal Amount Due: | $13,759.78 |
| Interest thru November19, 2007 at the legal rate: | $16,693.25 |
| Costs: | $    25.50 |
| Total Due -  C107-00536 | $30,478.53 |

## ON THE SECOND CAUSE OF ACTION- C107-00537

| | |
|---|---|
| Principal Amount Due: | $ 9,524.20 |
| Interest thru November 19, 2007 at the legal rate: | $ 9,149.06 |
| Costs: | $     0.00 |
| Total Due -  C107-00537 | $18,673.26 |

**TOTAL DUE - ALL CAUSES OF ACTION:**     $49,151.79

Wherefore, plaintiff, United States of America, requests that the default of the defendant(s) be noted and that the judgment be entered in favor of the plaintiff and against the defendant(s) in the amount stated herein.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due and owing to the plaintiff, that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or incurred in this action.

Dated: Smithtown, NY
        November 19, 2007

By: _____
Liberatore J. Iannarone
Mullen & Iannarone, P.C.
Attorneys for the Plaintiff
300 E. Main St., Ste. #3
Smithtown, NY  11787
Tel. (631)361-7050
Fax  (631)361-7354